IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT SIMMONS,        :  <br>                       :  <br>   Plaintiff,         :  <br>                       :  <br> v.                    :  <br>                       :  <br> HOME DEPOT,           :  <br>                       :  <br>   Defendant.         :  <br>                       : | CASE NO.: 7:21-cv-30 (WLS) |

## **ORDER**

Plaintiff Robert Eugene Simmons Jr., *pro se*, filed the Complaint (Doc. 1) in this case on March 19, 2021 along with a motion for leave to proceed *in forma pauperis* ("IFP") (Doc. 2). On May 24, 2021, the Court granted Plaintiff's motion for leave to proceed IFP. (Doc. 3.) In that same order the Court ordered the Plaintiff to submit an amended complaint, because upon review of the Plaintiff's complaint the Court found that it failed to state a cognizable claim upon which relief could be granted. (*Id.*) Plaintiff was ordered to submit an amended complaint curing those deficiencies within twenty-one days, or by no later than Monday, June 14, 2021. (Doc. 3.) *See* 28 U.S.C. § 1915.

On June 14, 2021 Plaintiff submitted a Motion for a 14 day extension of time to file an amended complaint. (Doc. 4.) On June 15, 2021 this Court granted Plaintiff's motion for extension of time. (Doc. 5.) In that order the Court noted that Plaintiff shall have until no later than Monday, June 28, 2021 to comply with the order. (*Id.*) Plaintiff missed the June 28, 2021 deadline and on September 9, 2021 this Court filed an order, ordering Plaintiff to show cause within fourteen (14) days from the date of entry of this order, or by no later than Tuesday, September 21, 2021, as to why the case should not be dismissed for failure to follow the

Court's orders, failure to prosecute, and failure to state a claim upon which relief could be granted. (Doc. 6.) In the September 7, 2021 order this Court noticed Plaintiff that failure to respond "may result in the dismissal of this action without further notice or proceedings." (*Id.*)

To date Plaintiff has not submitted an amended complaint and failed to show cause as to why this case should not be dismissed. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice for failure to follow the Court's orders, failure to prosecute and failure to state a claim upon which relief could be granted. The Court finds that no lesser sanction will suffice.

**SO ORDERED,** this   27th   day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**